UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MYRON GAYLORD BRANDON,

    Petitioner,

    v.

STATE OF WASHINGTON,

    Respondent.

Case No. C04-5617KLS

ORDER

    This habeas corpus matter is before the court on consent. Before the court are two motions filed by petitioner. The first is a request to extend time to file a reply. (Dkt. # 27). The second motion is a second attempt to have the court consider the issue of petitioner's state personal restraint petition being time barred as a motion separate from the petition on the merits. (Dkt. # 44).

    Currently petitioner has until June 3rd to show cause why this action should be stayed. The court will grant until **July 29th, 2005** to file a traverse. The motion for an extension of time is **GRANTED.**

    The motion relating to petitioner's state court personal restraint petition being time barred is **DENIED.** Petitioner argues he meets the federal mail box rule, and his petition was mailed one day before the time expired. Washington state does not follow the mail box rule. <u>In Re Carlstad</u>, 150

ORDER- 1

1 Wn. 2d 583 (2003).  Further, this is an issue that should be considered when the petition is

2 considered on the merits as noted in the court's prior ruling on this issue.  (Dkt. # 43).  Petitioner has

3 failed to show the courts prior ruling on this issue, (Dkt. # 43),  was improper.

4     The clerk is directed to send copies of this order to petitioner and counsel for respondent.

5 And to remove entries 27 and 44 from the court's calendar.

7     DATED this 27th day of May, 2005.

12     *Karen L. Strombom* (signature)

13     Karen L. Strombom
    United States Magistrate Judge

28 ORDER- 2