UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MYRON GAYLORD BRANDON,

Petitioner,

v.

STATE OF WASHINGTON,

Respondent.

Case No. C04-5617KLS

ORDER DENYING PETITIONER'S MOTION TO RE-OPEN THIS CASE AND DIRECTING THE CLERK TO ACCEPT NO MORE FILINGS IN THIS CASE

On August 16th, 2005 the court entered an order dismissing this action without prejudice because petitioner did not dismissed unexhausted claims. (Dkt. # 49). Petitioner had been given multiple opportunities to dismiss his unexhausted claims. Instead of dismissing the claims petitioner filed numerous motions without waiting for rulings on his pending motions. See, docket sheet.

Now, nearly one half year after dismissal of his petition, Mr. Brandon asks the court to re-open the case. (Dkt. # 53). The motion is untimely and is **DENIED.** Further, the clerk of court is directed to accept no further filings in this action and to send a copy of this order to petitioner and counsel for respondent.

DATED this 3rd day of February, 2006.

Karen L. Strombom
United States Magistrate Judge

ORDER- 1